**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:19 CR 152** |
| | ) | |
| **LEONARDO VERDUZCO** | ) | |

**O R D E R**

The Report and Recommendation of the United States Magistrate Judge (DE # 65), to which objections have been waived, is now **ADOPTED**. The Agreed Disposition (DE # 61) is **ACCEPTED**. The defendant is **ADJUDGED** to have committed a violation of his supervised release, as described in the Agreed Disposition. The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of incarceration of five (5) months, with a 12-month term of supervised release to follow. The court recommends that the Bureau of Prisons grant defendant credit for time served.

**SO ORDERED.**

Date: August 27, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT